IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAUKESHA COUNTY, WISCONSIN
and WAUKESHA COUNTY DEFERRED
COMPENSATION PLAN,

                                         ORDER

               Plaintiffs,

                                       06-C-0656-C

     v.

NATIONWIDE LIFE INSURANCE
COMPANY and NATIONWIDE
RETIREMENT SOLUTIONS, INC.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     If defendants wish to be heard on plaintiffs' motion for reconsideration, they may have until the close of business on October 24, 2007, in which to file a brief in response.

     Entered this 22d day of October, 2007.

                                  BY THE COURT:
                                  /s/
                                  BARBARA B. CRABB
                                  District Judge

1