IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAUKESHA COUNTY, WISCONSIN,

                  ORDER

    Plaintiff,

  v.                 06-C-656-C

NATIONWIDE LIFE INSURANCE
COMPANY,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  To clear up the record in this case, I am denying all of defendant Nationwide Life's motions for judgment as a matter of law and its motion to strike the testimony of plaintiff Waukesha County's expert, Elliot Dinkin.

  Entered this 2d day of November, 2007.

                  BY THE COURT:
                  /s/
                  BARBARA B. CRABB
                  District Judge