IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WAUKESHA COUNTY, WISCONSIN and
WAUKESHA COUNTY DEFERRED
COMPENSATION PLAN,

    Plaintiffs,

v.

NATIONWIDE LIFE INSURANCE
COMPANY and NATIONWIDE
RETIREMENT SOLUTIONS, INC.,

    Defendants.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 06-cv-656-bbc

---

This action came before the court and a jury with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Nationwide Life Insurance Company and

Nationwide Retirement Solutions, Inc. on all eight claims of the second amended complaint filed

Judgment in a Civil Case                                                                                                          Page 2

by plaintiffs Waukesha County, Wisconsin and Waukesha County Deferred Compensation Plan.

Approved as to form this __22d__ day of February, 2008.

_____
BARBARA B. CRABB,
DISTRICT JUDGE

_____          FEB 2 5 2008
Theresa M. Owens, Clerk of Court                          _____
                                                              Date